# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SAUL VELASQUEZ JR.,

                    Plaintiff,

    v.

SEAMON, et al.

                    Defendants.

Case No. 20-cv-1969-BAS-MDD

**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND GRANTING LEAVE TO PREPAY FILING FEE OR MOVE FOR IN FORMA PAUPERIS STATUS**

      Plaintiff Saul Velasquez, Jr., currently incarcerated at California State Prison, Sacramento, and proceeding *pro se*, has filed this civil rights action alleging that he received inadequate medical care while incarcerated at the R.J. Donovan Correctional Facility, located in San Diego, California. (ECF No. 1.)

**I.    Failure to Pay Filing Fee or Request IFP Status**

      All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a).[1]  An action may proceed despite a plaintiff's failure to

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule,

- 1 -

prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  However, if the Plaintiff is a prisoner, and even if he is granted leave to commence his suit IFP, he remains obligated to pay the entire filing fee in "increments," *see Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015), regardless of whether his case is ultimately dismissed.  *See* 28 U.S.C. § 1915(b)(1) & (2*); Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

Plaintiff has not prepaid the $400 in filing and administrative fees required to commence this civil action, nor has he submitted a properly supported Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a).  Therefore, his case cannot yet proceed.  *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

**II.     Conclusion and Order**

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action *sua sponte* without prejudice for failure to pay the $400 civil filing and administrative fee or to submit a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) **GRANTS** Plaintiff **forty-five (45) days** leave from the date of this Order:

    (a) prepay the entire $400 civil filing and administrative fee in full; or

    (b) complete and file a Motion to Proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint.  *See* 28 U.S.C. § 1915(a)(2); S.D. Cal. Civ. L.R. 3.2(b).

Plaintiff's payment or motion must be received by the Court on or before **November 30, 2020**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with this Court's approved form, "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*."  If Plaintiff fails to either prepay the $400 civil filing fee or complete

---

§ 14 (eff. Dec. 1, 2014).  The additional $50 administrative fee does not apply to persons granted leave to proceed IFP.  *Id.*

and submit the enclosed Motion to Proceed IFP on or before **November 30, 2020**, this action will remain dismissed without prejudice based on Plaintiff's failure to satisfy 28 U.S.C. § 1914(a)'s fee requirements and without further Order of the Court.

**IT IS SO ORDERED.**

DATED: October 13, 2020

Hon. Cynthia Bashant
United States District Judge